**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., and AT&T MOBILITY, LLC, <br><br> Defendants. | ) ) ) ) ) C.A. No. 16-295-RGA ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

**STIPULATION TO EXTEND**

The parties, subject to the Court's approval, hereby agree that the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss Counts I and III of the Second Amended Complaint (D.I. 18) is extended to April 12, 2017.  Further, the deadline for Defendants to file a reply in support of the Motion is April 26, 2017.

| | |
|---|---|
| Dated: March 20, 2017 | Respectfully submitted, |
| FARNAN LLP | SHAW KELLER LLP |
| */s/ Michael J. Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> (302) 777-0300 <br> (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br> *Attorneys for Plaintiff* | */s/ Andrew E. Russell* <br> John W. Shaw (Bar No. 3362) <br> Jeffrey T. Castellano (Bar No. 4837) <br> Andrew E. Russell (Bar No. 5382) <br> 300 Delaware Avenue, Suite 1120 <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> jcastellano@shawkeller.com <br> arussell@shawkeller.com <br> *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of March, 2017.

_____
The Honorable Richard G. Andrews