On or before May 18, 2017, each party or each party group shall email to Chief Magistrate Judge Thynge, with a copy to her Judicial Administrator, Cathleen Kennedy, the information requested regarding ADR.