**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., AND AT&T MOBILITY, LLC, <br><br> Defendants. | C.A. No. 16-cv-295-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT CORPORATION, AND SPRINT SPECTRUM L.P., <br><br> Defendants. | C.A. No. 16-cv-296-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | C.A. No. 16-cv-297-RGA <br><br> **JURY TRIAL DEMANDED** |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR, <br><br> Defendant. | C.A. No. 16-cv-298-RGA <br><br> **JURY TRIAL DEMANDED** |

|  |  |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>            Defendants. | C.A. No.  16-cv-299-RGA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT

Plaintiff hereby submits its amended corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, stating that Plaintiff Network Managing Solutions, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of Wi-LAN Technologies, Inc., a Delaware corporation, which is a wholly-owned subsidiary of Wi-LAN, Inc., which is presently wholly owned by Quarterhill Inc.  Quarterhill Inc. is a publicly traded company.

Dated: August 25, 2017

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Cameron H. Tousi (admitted *pro hac vice*)
Raymond J. Ho (admitted *pro hac vice*)
**IP LAW LEADERS PLLC**
7529 Standish Place, Ste. 103
Rockville, MD 20855
Telephone: (202) 248-5410

Facsimile: (202) 318-4538
chtousi@ipllfirm.com
rjho@ipllfirm.com

*Counsel for Plaintiff*
*Network Managing Solutions, LLC*