IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-295-RGA |
| AT&T MOBILITY LLC, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY**

WHEREAS, Plaintiff Network Managing Solutions, LLC and Defendant AT&T Mobility LLC agreed to a stay in the present actions on June 20, 2018 (D.I. 143);

WHEREAS, the Court entered the stay as an order of the Court on June 22, 2018 (D.I. 144);

WHEREAS, the parties' stipulated order requires the parties to file a joint letter updating the Court or requesting a status conference by August 17, 2018;

WHEREAS, Plaintiff notifies the Court that all of the related actions against other defendants have been resolved resulting in the dismissal of those defendants;

WHEREAS, for the same reasons set forth in the stipulated order, the parties agree that the above-captioned actions should remain stayed while the negotiations progress;

NOW THEREFORE, plaintiff Network Managing Solutions, LLC and defendant AT&T, subject to approval of the Court, stipulate and agree that the deadline to file the joint letter is extended by 45 days to October 1, 2018.

| | |
|---|---|
| FARNAN LLP | SHAW KELLER LLP |
| */s/ Brian E. Farnan* | */s/ Andrew E. Russell* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| Michael J. Farnan (No. 5165) | Jeffrey T. Castellano (No. 4837) |
| 919 N. Market Street, 12th Floor | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 777-0300 | 1105 N. Market Street, 12th Floor |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 298-0700 |
| *Counsel for Plaintiff* | jshaw@shawkeller.com |
| *Network Managing Solutions, LLC* | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| Dated: August 17, 2018 | *Counsel for Plaintiff AT&T Mobility LLC* |

SO ORDERED, this _____ day of _____, 2018.

_____
United States District Judge