IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 16-295-RGA |
| AT&T MOBILITY LLC, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY**

WHEREAS, Plaintiff Network Managing Solutions, LLC and Defendant AT&T Mobility LLC agreed to a stay in the present actions on June 20, 2018 (D.I. 143);

WHEREAS, the Court entered the stay as an order of the Court on June 22, 2018 (D.I. 144);

WHEREAS, the parties' stipulated order required the parties to file a joint letter updating the Court or requesting a status conference by August 17, 2018;

WHEREAS, the parties received a first extension from the Court to file the joint letter by October 1, 2018;

WHEREAS, for the same reasons set forth in the stipulated order and the first extension, the parties agree that the above-captioned actions should remain stayed while the negotiations progress, where the parties have made significant progress and are hopeful that they will culminate in the filing of a dismissal of this action;

NOW THEREFORE, Plaintiff Network Managing Solutions, LLC and Defendant AT&T Mobility LLC, subject to approval of the Court, stipulate and agree that the deadline to file the joint letter is extended by four weeks to October 29, 2018.

1

Dated: October 1, 2018

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Counsel for Plaintiff*
*Network Managing Solutions, LLC*

Respectfully submitted,

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com
*Counsel for Plaintiff AT&T Mobility LLC*

SO ORDERED, this_____day of_____, 2018.

_____
United States District Judge