IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>*Defendant.* | C.A. No. 16-cv-295-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Network Managing Solutions, LLC and Defendant AT&T Mobility, LLC, hereby stipulate and agree that all claims asserted in this case shall be dismissed with prejudice. Each party is to bear its own costs and attorney fees.

Dated: November 12, 2018

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Nelson III (admitted *pro hac vice*)
Brent N. Bumgardner (admitted *pro hac vice*)
Barry J. Bumgardner (admitted *pro hac vice*)

Respectfully submitted,

SHAW KELLER LLP

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
arussell@shawkeller.com

L. Norwood Jameson

Eric M. Albritton (admitted *pro hac vice*)
John P. Murphy (admitted *pro hac vice*)
NELSON BUMGARDNER ALBRITTON P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485
ed@nbafirm.com
brent@nbafirm.com
barry@nbafirm.com
ema@nbafirm.com
murphy@nbafirm.com

**ATTORNEYS FOR PLAINTIFF
NETWORK MANAGING SOLUTIONS,
LLC**

Matthew S. Yungwirth
S. Neil Anderson
DUANE MORRIS LLP
1075 Peachtree St. NE
Suite 2000
Atlanta, GA 30309
(404) 253-6900
wjameson@duanemorris.com
msyungwirth@duanemorris.com
snanderson@duanemorris.com

Joseph A. Powers
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1842
japowers@duanemorris.com

Christopher J. Tyson
Justus L. Getty
DUANE MORRIS LLP
505 9th Street NW
Suite 1000
Washington, DC 20004
(202) 776-7804
cjtyson@duanemorris.com
jlgetty@duanemorris.com

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY, LLC**

IT IS SO ORDERED this 13 day of November, 2018

_____
United States District Judge